1   Patrick J. Reilly, Esq.
    Nevada Bar No. 6103
2   BROWNSTEIN HYATT FARBER SCHRECK, LLP
    100 North City Parkway, Suite 1600
3   Las Vegas, Nevada  89106
    Telephone: 702.382.2101
4   Facsimile: 702.382.8135
    preilly@bhfs.com
5
    *Attorneys for BMW of North America, LLC*
6

7

8

9                    **UNITED STATES DISTRICT COURT**

10                        **DISTRICT OF NEVADA**

11  GIUSEPPE DIMALTA, an individual,          Case No. 2:23-cv-00190-RFB-NJK

12                  Plaintiff,                **STIPULATION AND ORDER OF**
                                              **DISMISSAL WITH PREJUDICE**
13  v.

14  BMW OF NORTH AMERICA, LLC, a
    corporation,
15
                    Defendants.
16

17

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /
    26037602.1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

**STIPULATION**

Plaintiff GIUSEPPE DIMALTA ("DIMALTA") and Defendant BMW OF NORTH AMERICA, LLC ("BMW"), hereby agree and stipulate to dismiss the above-entitled action with prejudice, with each party to bear its own attorney's fees and costs of suit.

DATED this 2nd day of October, 2023.           DATED this 2nd day of October, 2023.

/s/ *Patrick J. Reilly*                                      /s/ *Robert B. Katz*

Patrick J. Reilly, Esq.                                    Robert B. Katz, Esq.
BROWNSTEIN HYATT FARBER SCHRECK, LLP        KATZ & ASSOCIATES
100 N. City Parkway, Suite 1600                    2300 W. Sahara Avenue, Suite 800
Las Vegas, NV 89106                                   Las Vegas, NV 89102

*Attorneys for BMW of North America LLC*    *Attorneys for Giuseppe DiMalta*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: _____October 2, 2023_____

26037602.1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, NV 89106